

# IN THE
# TENTH COURT OF APPEALS

No. 10-09-00018-CR
No. 10-09-00019-CR

**AMERICAN CONTRACTORS INDEMNITY CO.,
D/B/A TEXAS BONDING CO., SUE A. TAYLOR,
AGENT, D/B/A BAILMAN BOND CO. (ELLIS COUNTY),**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

---

**From the County Court at Law No. 2
Ellis County, Texas
Trial Court Nos. 08-C-3049 and 08-C-3093**

---

## MEMORANDUM  OPINION

---

Appellant has filed motions to dismiss these appeals because the trial court has granted Appellant's motions for new trial.  According to the certificates of conference, the State does not oppose dismissal of the appeals.  Accordingly, they are dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

FELIPE REYNA
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeals dismissed
Opinion delivered and filed February 18, 2009
[CV06]